Exhibit 13

# CORNICELLO, TENDLER & BAUMEL-CORNICELLO, LLP
## COUNSELORS AND ATTORNEYS AT LAW

ANTHONY J. CORNICELLO
SUSAN BAUMEL-CORNICELLO *
DAVID B. TENDLER **
JAY H. BERG
FREDERICK E. PARK

ANDREW CASSADY
SCOTT J. GREENBLATT **
MARIANNA L. PICCIOCCHI **

PAUL F. PERAGINE **
   COUNSEL

*ADMITTED IN NEW YORK
CONNECTICUT & WASHINGTON, DC

** ADMITTED IN NEW YORK
& NEW JERSEY

2 WALL STREET, 20TH FLOOR
NEW YORK, N.Y. 10005

TELEPHONE (212) 994-0260
FACSIMILE (212) 994-0268
(NOT FOR SERVICE OF DOCUMENTS)

September 13, 2019

**VIA FIRST CLASS MAIL**

Ashley Aguiar
American Arbitration Association
1301 Atwood Avenue, Suite 211N
Johnston, Rhode Island 02919

       **Re:** Laura Langford v. Diana Beck
            Case No.: 01-19-0001-8772

Dear Ms. Aguiar:

    In accordance with the instructions from the Arbitrator in this case, I retained an investigator to attempt to contact Diana Beck. The investigator's report is enclosed.

    In addition, I personally left two (2) voicemails for Ms. Beck, asking her to either call me or to call you.

    Please advise the Arbitrator.

                                     Very truly yours,

                                     Jay H. Berg

\\ctsbs\firm docs\WP\120119-01 (Laura Langford)\Ltr to A. Aguiar.9.13.19.doc

# Charles Griffin Intelligence

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

TO: Jay H. Berg, Esq.

FM: Philip Segal

RE: Diana Beck

DT: September 12, 2019

## MEMORANDUM

### SCOPE OF INVESTIGATION

You have asked us to prepare this memorandum on our efforts to contact Diana Beck of 438 W. 37th St., unit 5D in New York, against whom your client is in arbitration.

### FINDINGS

We consulted databases and determined that Beck's probable cell phone number is (917) 680-5445. We left messages at this number asking her to call us because we were asked to locate her on behalf of an attorney in a matter to do with her condominium. We left the messages at 3 PM on September 10 and 10 AM on September 11. After that, we called more than five times but the phone appears to have been switched off through 11 AM today.

Other numbers in databases for Beck were (917) 399-0063 and (212) 971-9316, but these were probably outdated.

We also determined through databases that there is no record of any sub-tenant in the unit. Internet research determined that the building has a part-time doorman. We did not visit the building to try to talk to a doorman or other neighbors, or to knock on Beck's door (assuming we could gain legal access to the building).

However, by telephone we interviewed Ruth Fredenthal, Beck's neighbor in unit 5B. She told us that she had seen Beck in the building approximately two weeks ago. While they are not close, she said of Beck, "she lives here." We spoke with Fredenthal at 10:55 AM today (September 12). She may be reached at (212) 244-2271.

We also spoke with another of Beck's neighbors, Warren Isensee in unit 5C, on September 11 at 12:40 PM. He said he had not seen Beck in "a couple of months." He may be reached at (646) 245-5911.

Finally, we left a message this morning for Tom Wool, President of the condominium board (according to New York City Department of Buildings records). He has not called back. His number is (917) 806-6741.