UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURA LANGFORD,

                Petitioner,                              20 **CIVIL** 4980 (LJL)

      -against-                                            **JUDGMENT**

DIANA BECK,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 27, 2020, the Amended Petition is GRANTED. The Award is confirmed, and judgment is entered in favor of Petitioner and against Respondents as follows: 1. Petitioner is entitled to immediate and exclusive possession of the Property Known as Condominium Unit 5D, 438 West 37th Street, New York, NY 10018. 2. Petitioner shall have a lien against Respondent's ownership interest in the Condominium Unit in the amount of $35,619.94 for unreimbursed common charges, assessments and real estate taxes that Petitioner had or may have to make on Respondent's behalf. 3. Respondent shall pay to Petitioner the sum of attorneys' fees and related expenses in the amount of $31,288.85. 4. Respondent shall reimburse Petitioner the sum of $11,012.50, representing the costs and fees for the arbitration that were awarded by the arbitrator. 5. Respondent shall reimburse Petitioner for attorneys' fees and costs incurred in connection with the Petition and motion to confirm the award, as well as any costs incurred in enforcing the judgment entered by the Court; accordingly, the case is closed.

**Dated**: New York, New York
         October 27, 2020

                                                **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                         **BY:**
                                                 **Deputy Clerk**