UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In the Matter of the Arbitration Between      :   Docket No.: 1:20-cv-04980-LJL
                                              :
LAURA LANGFORD,                               :
                                              :
      Petitioner,                             :   **WRIT OF ASSISTANCE**
                                              :
      -and -                                  :
                                              :
DIANA BECK,                                   :
                                              :
      Defendant.                              :
------------------------------------------------------------X

      Petitioner Laura Langford ("Petitioner"), having duly moved, pursuant to Section 9 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9 et. seq., to confirm an arbitral award against Defendant Diana Beck ("Defendant"); and

      Petitioner, having personally served said motion on Defendant on July 20, 2020; and,

      Defendant, having failed to appear and answer said motion; and,

      The Court, upon the reading of the papers filed by Petitioner in support of said motion, and after duly deliberation thereon, having granted the motion, on October 27, 2020, and having concluded, *inter alia*, that Petitioner is entitled to immediate and exclusive possession of the Property Known as Condominium Unit 5D, 438 West 37th Street, New York, NY 10018; and

      The Clerk of the Court, having duly entered a judgment on the motion on October 27, 2020, which, *inter alia*, Ordered, Adjudged and Decreed that Petitioner is

entitled to immediate and exclusive possession of the Property Known as Condominium Unit 5D, 438 West 37th Street, New York, NY 10018;

Now, upon motion of Cornicello, Tendler & Baumel-Cornicello, LLP, attorneys for Petitioner, it is hereby:

- ORDERED that Laura Langford, is authorized under the supervision and with the assistance of the U.S. Marshal, to take all necessary steps to include the use of reasonable force if necessary to take possession of premises located at 438 West 37th Street, Condominium Unit No. 5D, New York, NY 10018 including breaking open and entering said premises and evicting all person located within said premises; and it is further;

- ORDERED that Laura Langford, is authorized under the supervision and with the assistance of the U.S. Marshal, to take all necessary steps to include the use of reasonable force if necessary to secure and remove the following property: located at 438 West 37th Street, Condominium Unit No. 5D, New York, NY 10018 including breaking open, entering and searching for said property and placing it with an appropriate storage facility, and it is further;

- ORDERED that anyone interfering with the execution of this Order is subject to arrest by the United States Marshal and/or his or her representative; and it is further;

- ORDERED that Laura Langford, on whose behalf the Court issues this Order, will account completely for all property seized pursuant to this order and shall compile a written inventory of all such property and shall provide a copy to the U.S. Marshal, who shall include such a copy with his return to the court; and it is further;

- ORDERED that Laura Langford, on whose behalf the Court issues this Order, will act as substitute custodian of any and all property seized pursuant to this order and shall hold harmless the U.S. Marshals Service and its employees from any and all claims, asserted in any court or tribunal, arising from any acts, incidents, or occurrences in connection with the eviction and possession of the defendant property, including any third-party claims.

Dated: New York, New York
       January __19__, 2021

By: _____
    LEWIS J. LIMAN
    United States District Judge