# Exhibit D



AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

# ORIGINAL

**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

*For Consumer or Employment cases, please visit www.adr.org for appropriate forms.*

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| | | |
|---|---|---|
| **Name of Respondent:** DIANA BECK | | |
| **Address:** 438 West 37th Street - Apt. 5D | | |
| **City:** New York | **State:** Select... New York | **Zip Code:** 10018 |
| **Phone No.:** Unknown | **Fax No.:** Unknown | |
| **Email Address:** Unknown | | |
| **Name of Representative (if known):** Phyllis Marie Karnysek, Esq. | | |
| **Name of Firm (if applicable):** N/A | | |
| **Representative's Address:** 305 Broadway - Suite 1201 | | |
| **City:** New York | **State:** Select... New York | **Zip Code:** 10007-1135 |
| **Phone No.:** 212-571-3896 | **Fax No.:** Unknown | |
| **Email Address:** Unknown | | |

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

**Brief Description of the Dispute:** Breach of Real Property Agreement

RE: Condominium Unit No. 5D

438 West 37th Street, New York, NY 10018

**Dollar Amount of Claim:** $ 182,987.69

**Other Relief Sought:** ☒ Attorneys Fees ☐ Interest ☐ Arbitration Costs ☐ Punitive/Exemplary
☒ Other: Exclusive possession of the subject Condominium.

**Amount enclosed:** $ 2,900.00

**In accordance with Fee Schedule:** ☐ Flexible Fee Schedule ☒ Standard Fee Schedule

**Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:**

Familiarity with Real Property Agreements.

**Hearing locale:**

(check one) ☒ Requested by Claimant ☐ Locale provision included in the contract

| **Estimated time needed for hearings overall:** | 4 | hours or | | days |
|---|---|---|---|---|



**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| | | |
|---|---|---|
| Type of Business: | | |
| Claimant: N/A | | Respondent: N/A |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?

NO

| Signature (may be signed by a representative): | Date: June 12, 2019 |
|---|---|

Name of Claimant: Laura Langford

Address (to be used in connection with this case): 201 I Street NE - Apt. 502

| City: Washington | State: Select... DC | Zip Code: 20002 |
|---|---|---|
| Phone No.: 202-819-4017 | Fax No.: N/A | |

Email Address: gaa_laura@msn.com

Name of Representative: Jay H. Berg, Esq.

Name of Firm (if applicable): Cornicello, Tendler & Baumel-Cornicello, LLP

Representative's Address: Two Wall Street - 20th Floor

| City: New York | State: Select... NY | Zip Code: 10005 |
|---|---|---|
| Phone No.: 212-994-0260 | Fax No.: 212-994-0268 | |

Email Address: jberg@ctbclaw.com

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent.

*Please visit our website at www.adr.org if you would like to file this case online.*
*AAA Case Filing Services can be reached at 877-495-4185.*