```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LAURA LANGFORD,                                                    :
                                                                   :
                              Petitioner,                          :
                                                                   :       20-cv-4980 (LJL)
        -v-                                                        :
                                                                   :       ORDER
DIANA BECK,                                                        :
                                                                   :
                              Respondent.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court received the below email last night. The Court is not insensitive to Respondent's situation, but it is required to act pursuant to principles of law. Based on those principles and construing the email as a motion for reconsideration, the motion is denied.

SO ORDERED.

Dated: April 13, 2021
       New York, New York                     _____
                                              LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2021

**From:** Danda Beck <abeckgirl@gmail.com>
**Sent:** Monday, April 12, 2021 11:29:47 PM
**To:** Liman NYSD Chambers <LimanNYSDChambers@nysd.uscourts.gov>
**Subject:** Plea of merciful consideration to Judge L J Liman

**CAUTION - EXTERNAL:**

Most honorable Judge Liman,

I wish you and your family most well wishes.

As well, i beg for your mercy, consideration and a moment of your time.
Thank you.
A marshall with orders to evict, is scheduled to be at my door, my home of 30 years, tomorrow morning at 9 am.
I have been told, you alone have the power to put at least a temporary halt to this. Perhaps at least grant me a little time.

I asked a quite wealthy friend for help some years ago when my apartment, which i had been renting for 15 years, needed to be sold.  It intrigued her as a good investment and she most generously became involved, on her own terms. Since this joint venture she chose to relocate to live and work Germany. Then, with the demise of her first marriage, decided she wanted me to leave.
Guised as generosity, she did not accept money from me, nor kept in touch, nor provided  me with any invoices or a place to send her monthly payments.
Instead, communication began and has continued arriving as  legal threats.  These terrified me so much so that i never opened any.
Regret this inaction so very much now in hindsight.

At last when the fright level was nearly unbearable i reached out to my church.
My church introduced me to a truly caring, diligent lawyer, Steven Kent, who  has been indeed a Godsend.
Unfortunately I was too terrified of Laura Langord's clout and  determination not to allow me voice, that  I waited until the dye had been cast and set into quicksand before reaching out for help.

Though the clock is now ticking  with absurd volume,
 I implore you to reconsider and grant me at least brief mercy,  at most  a chance to be heard.

Thank you and good night to you,

*Diana Beck*
*438 west 37th Street*
*917-680-5445*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.